IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00664-RPM

WESTERN RETEK DISRIBUTORS, INC., a Colorado Corporation in good standing;
assignee of G.B., LLC, a Colorado Limited Liability Company in good standing,

    Plaintiff,

v.

CRUSHTEK, LLC, a Georgia Limited Liability Company and
JOHANN SCHMIDT, personally,

    Defendants.

___

ORDER SETTING SCHEDULING CONFERENCE
___

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 22, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 17, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: May 5th, 2008

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
.                             Richard P. Matsch, Senior District Judge