IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00664-RPM

WESTERN RETEK DISRIBUTORS, INC., a Colorado Corporation in good standing;
assignee of G.B., LLC, a Colorado Limited Liability Company in good standing,

    Plaintiff,

v.

CRUSHTEK, LLC, a Georgia Limited Liability Company and
JOHANN SCHMIDT, personally,

    Defendants.

---

ORDER GRANTING MOTION TO WITHDRAW

---

Pursuant to the hearing held today on the motion to withdraw as counsel of record for defendants, by C. Barton Dunn of Schunk & Dunn, LLC, with the plaintiff appearing by Edward S. Waitkus and with C. Barton Dunn appearing in support of the motion and there having been no response by Crushtek, LLC, and Johann Schmidt to the motion served on them by counsel and upon Mr. Dunn's statements that he has been unable to communicate with Johann Schmidt and with Crushtek, LLC, it is now

ORDERED that the motion to withdraw is granted and C. Barton Dunn has no further responsibility for the representation of the defendants in this civil action.

Dated: January 21st, 2009

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge