IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00664-RPM

WESTERN RETEK DISRIBUTORS, INC., a Colorado Corporation in good standing; assignee of G.B., LLC, a Colorado Limited Liability Company in good standing,

      Plaintiff,

v.

CRUSHTEK, LLC, a Georgia Limited Liability Company and
JOHANN SCHMIDT, personally,

      Defendants.

---

## ORDER DECLARING DEFAULT

---

The defendants having failed to respond to the plaintiff's Motion to Compel Discovery Responses Pursuant to Fed.R.Civ.P. 37, filed February 4, 2009, it is

ORDERED that the pleadings previously filed for the defendants herein are stricken and the defendants are declared in default.

Dated: March 5th, 2009

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                           Richard P. Matsch, Senior District Judge