IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00664-RPM

WESTERN RETEK DISRIBUTORS, INC., a Colorado Corporation in good standing; assignee of G.B., LLC, a Colorado Limited Liability Company in good standing,

    Plaintiff,

v.

CRUSHTEK, LLC, a Georgia Limited Liability Company and
JOHANN SCHMIDT, personally,

    Defendants.

___

ORDER TO SUBMIT ORIGINAL PROMISSORY NOTE AND FOR ENTRY OF JUDGMENT
___

    After review of Plaintiff's Motion for Default Judgment, filed April 9, 2009 [31], it is

    ORDERED that counsel for the plaintiff will submit the original promissory note to the Clerk's Office to be stamped "Merged in Judgment".  It is

    FURTHER ORDERED judgment will enter in favor of Western Retek Distributors, Inc. and against Johann Schmidt personally and jointly in the amount of $1,250,000.00, prejudgment interest in the amount of $1,547,845.00, attorney fees in the amount of $7,215.00 and costs in the amount of $223.17.  It is

    FURTHER ORDERED that post judgment interest is awarded at the statutory rate set at the time the judgment is entered upon delivery of the promissory note.

    Dated: May 4th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge